ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL (Cal. Bar No. 227153)
Assistant United States Attorney

    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone:  (213) 894-6585
    Fax:        (213) 894-7819
    Email:     joanna.hull@usdoj.gov

Attorneys for Defendant
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEOFFREY WAN, | No. CV 10-6397 CAS (AJWx) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | **WITH PREJUDICE** |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

    The parties having filed a Stipulation for Compromise Settlement and Dismissal,

///

///

///

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of the settlement.

DATED: October 24, 2012

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE