1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNA HULL (Cal. Bar No. 227153)
4  Assistant United States Attorney

5      Federal Building, Suite 7516
       300 North Los Angeles Street
6      Los Angeles, CA 90012
       Telephone:  (213) 894-6585
7      Fax:        (213) 894-7819
       Email:      joanna.hull@usdoj.gov
8
   Attorneys for Defendant
9  United States of America

JS - 6

10

11              UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14

15

16  GEOFFREY WAN,                  )    No. CV 10-6397 CAS (AJWx)
                                   )
17          Plaintiff,              )    **ORDER DISMISSING ACTION**
                                   )
18      v.                         )    **WITH PREJUDICE**
                                   )
19  UNITED STATES OF AMERICA,      )
    et al.                         )
20                                 )
            Defendants.             )
21                                 )

22

23

24

25

26
        The parties having filed a Stipulation for Compromise Settlement and Dismissal,
27
    ///
28
    ///

    ///

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of the settlement.

DATED: October 24, 2012

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE